| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CATRISHA MICKLE, *Individually and on Behalf of All Others Similarly Situated*, §§§§§

   Plaintiff,

*versus*     §   CIVIL ACTION NO. 1:19-CV-44

SAGORA SENIOR LIVING, INC.,

   Defendant.

## ORDER TRANSFERRING CASE

The above-styled action is transferred from the undersigned to the Southern District of Texas, Houston Division.

SIGNED at Beaumont, Texas, this 30th day of April, 2019.

           _____
           MARCIA A. CRONE
           UNITED STATES DISTRICT JUDGE