CLOSED,JURY

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Beaumont)
## CIVIL DOCKET FOR CASE #: 1:19−cv−00044−MAC

| | |
|---|---|
| Mickle v. Sagora Senior Living, Inc | Date Filed: 01/28/2019 |
| Assigned to: District Judge Marcia A. Crone | Date Terminated: 04/30/2019 |
| Cause: 29:201 Fair Labor Standards Act | Jury Demand: Plaintiff |
| | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Catrisha Mickle**  represented by  **William Clifton Alexander**
*Individually and on behalf of all others*    Anderson Alexander PLLC
*similarly situated*    819 N. Upper Broadway
   Corpus Christi, TX 78401
   361−452−1279
   Fax: 361−452−1284
   Email: clif@a2xlaw.com
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Alan Clifton Gordon**
   Anderson2X, PLLC
   819 N. Upper Broadway
   Corpus Christi, TX 78401
   361−452−1279
   Fax: 361−452−1284
   Email: cgordon@a2xlaw.com
   *ATTORNEY TO BE NOTICED*

   **Austin Winters Anderson**
   Anderson Alexander PLLC
   819 N. Upper Broadway
   Corpus Christi, TX 78401
   361−452−1279
   Fax: 361−452−1284
   Email: austin@a2xlaw.com
   *ATTORNEY TO BE NOTICED*

   **Carter Tilden Hastings**
   Anderson2X, PLLC
   819 N. Upper Broadway
   Corpus Christi, TX 78401
   361−452−1279
   Fax: 361−452−1284
   Email: carter@a2xlaw.com
   *ATTORNEY TO BE NOTICED*

   **Lauren Elizabeth Braddy**
   Anderson2X, PLLC
   819 N. Upper Broadway
   Corpus Christi, TX 78401

|   |   | 361.452.1279<br>Fax: 361.452.1284<br>Email: lauren@a2xlaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Vernon George Schimmel , III**<br>Anderson Alexander PLLC<br>819 N. Upper Broadway<br>Corpus Christi, TX 78401<br>361–452–1279<br>Fax: 361–452–1284<br>Email: geordie@a2xlaw.com<br>*TERMINATED: 04/08/2019* |

V.

**Defendant**

| **Sagora Senior Living, Inc** | represented by | **Gregory C. Rota**<br>Horne Rota Moos LLP<br>2777 Allen Parkway<br>Suite 1200<br>Houston, TX 77019<br>713/333–4500<br>Fax: 7133334600<br>Email: grota@hrmlawyers.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Gregory Steven Gober**<br>Blaies & Hightower LLP – Fort Worth<br>420 West Throckmorton Street, Suite 1200<br>Fort Worth, TX 76102<br>817/334–0800<br>Fax: 817/334–0574<br>Email: ggober@bhilaw.com<br>*TERMINATED: 03/13/2019*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2019 | Ï 1 | COMPLAINT against SAGORA SENIOR LIVING, INC. ( Filing fee $ 400 receipt number 0540–7113995.), filed by Catrisha Mickle. (Attachments: # 1 Exhibit Catrisha Mickle Consent to Join, # 2 Exhibit)(Alexander, William) (Entered: 01/28/2019) |
| 01/28/2019 | Ï | Case Assigned to District Judge Marcia A. Crone. (aam, ) (Entered: 01/28/2019) |
| 01/28/2019 | Ï | DEMAND for Trial by Jury by Catrisha Mickle. (aam, ) (Entered: 01/28/2019) |
| 01/28/2019 | Ï 2 | SUMMONS Issued as to Sagora Senior Living, Inc. and emailed to Plaintiff's attys for service. (aam, ) (Entered: 01/28/2019) |
| 01/28/2019 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case |

| | | |
|---|---|---|
| | | including a jury or non–jury trial and to order the entry of a final judgment. The form <u>Consent to Proceed Before Magistrate Judge</u> is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (aam, ) (Entered: 01/28/2019) |
| 02/20/2019 | 3 | **FILED IN ERROR. Please ignore.**<br>Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sagora Senior Living, Inc.( Gober, Gregory) Modified on 2/20/2019 (tkd, ). (Entered: 02/20/2019) |
| 02/21/2019 | 4 | Unopposed MOTION for Extension of Time to File Answer *Plaintiff's Original Complaint* by Sagora Senior Living, Inc. (Attachments: # 1 Text of Proposed Order Proposed Order)(Gober, Gregory) (Additional attachment(s) added on 2/21/2019: # 2 Revised Proposed Order) (tkd, ). (Entered: 02/21/2019) |
| 02/27/2019 | 5 | ORDER granting 4 Motion for Extension of Time to Answer. Defendant shall file its answer or other response to Plaintiff's complaint no later than March 14, 2019. Signed by District Judge Marcia A. Crone on 2/27/2019. (bjc, ) (Entered: 02/28/2019) |
| 03/13/2019 | 6 | MOTION to Substitute Attorney by Sagora Senior Living, Inc. (Attachments: # 1 Text of Proposed Order)(Rota, Gregory) (Entered: 03/13/2019) |
| 03/13/2019 | 7 | ORDER granting 6 Motion to Substitute Attorney. The law firm of Blaies & Hightower is withdrawn and attorney Gregory Rota is substituted for deft Sagora Senior Living Inc. Signed by District Judge Marcia A. Crone on 3/13/19. (tkd, ) (Entered: 03/14/2019) |
| 03/14/2019 | 8 | MOTION to Transfer or Dismiss for Improper Venue by Sagora Senior Living, Inc. (Attachments: # 1 Exhibit Declaration of Dara Brown, # 2 Text of Proposed Order)(Rota, Gregory) Modified on 3/15/2019 (tkd, ). (Entered: 03/14/2019) |
| 03/22/2019 | 9 | STIPULATION re 8 MOTION to Transfer or Dismiss for Improper Venue by Sagora Senior Living, Inc. (Rota, Gregory) (Entered: 03/22/2019) |
| 04/08/2019 | 10 | NOTICE by Catrisha Mickle *OF WITHDRAWAL OF COUNSEL* (Alexander, William) (Entered: 04/08/2019) |
| 04/23/2019 | 11 | MEMORANDUM and ORDER granting 8 Motion to Transfer or Dismiss for Improper Venue. An order transferring this case to the Southern District of TX, Houston Division, will be entered separately. Signed by District Judge Marcia A. Crone on 4/23/19. (tkd, ) (Entered: 04/24/2019) |
| 04/30/2019 | 12 | ORDER TRANSFERRING CASE to the Southern District of TX, Houston Division. Signed by District Judge Marcia A. Crone on 4/30/19. (tkd, ) (Entered: 05/01/2019) |