# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CATRISHA MICKLE and MONIC RUIZ, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO: 4:19-CV-01761 |
| SAGORA SENIOR LIVING, INC., § | |
| § | |
| Defendant. § | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on to be heard upon Stipulation of the Plaintiffs, CATRISHA MICKLE and MONICA RUIZ, ("Plaintiffs"), and Defendant, SAGORA SENIOR LIVING, INC. ("Defendant"), and the Court being otherwise fully advised, it is hereby,

ORDERED AND ADJUDGED that the said Complaint is hereby dismissed in its entirety against Defendant with prejudice, each party bearing their own fees and costs.

IT IS SO ORDERED this _____ day of April 2020.

_____
THE HONORABLE VANESSA D. GILMORE

1

**STIPULATED AND AGREED TO BY:**

<div style="column-count:2">

*/s/ Clif Alexander*
**ANDERSON ALEXANDER, PLLC**
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**Carter T. Hastings**
Federal I.D. No. 3101064
Texas Bar No. 24101879
carter@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**ATTORNEYS IN CHARGE FOR PLAINTIFFS, CATRISHA MICKLE AND MONICA RUIZ**

*/s/ Donna J. Fudge*
**FUDGE BROADWATER, P.A.**
**Donna J. Fudge**
*Admitted Pro Hac Vice*
650 16th Street North
St. Petersburg, FL 33705
Phone: 727-490-3100
dfudge@fudgebroadwater.com

and

**HORNE ROTA MOOS, LLP**
**Gregory C. Rota**
SBN: 24000032
SDTX: 23077
2777 Allen Parkway, Suite 1200
Houston, Texas 77019-2141
(713) 333-4500
(713) 333-4600 - Facsimile
grota@hrmlawyers.com


**ATTORNEYS IN CHARGE FOR DEFENDANT, SAGORA SENIOR LIVING, INC.**

</div>