United States District Court
Southern District of Texas
**ENTERED**
April 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CATRISHA MICKLE and MONIC RUIZ, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § CIVIL ACTION NO: 4:19-CV-01761 <br> SAGORA SENIOR LIVING, INC., § <br> § <br> Defendant. § | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on to be heard upon Stipulation of the Plaintiffs, CATRISHA MICKLE and MONICA RUIZ, ("Plaintiffs"), and Defendant, SAGORA SENIOR LIVING, INC. ("Defendant"), and the Court being otherwise fully advised, it is hereby,

ORDERED AND ADJUDGED that the said Complaint is hereby dismissed in its entirety against Defendant with prejudice, each party bearing their own fees and costs.

IT IS SO ORDERED this 6th day of April 2020.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**